# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF MISSISSIPPI
# GREENVILLE DIVISION

**HENRY C. KINDS**                                                                                   **PLAINTIFF**

**VS.**                                    **CIVIL ACTION NO: 4:09-cv-00093-MPM-DAS**

**CITY OF GREENWOOD, ET AL.**                                       **DEFENDANT**

## ORDER STAYING CASE

This cause comes before the court pursuant to Rule 16(b)(3) of the Uniform Local Rules providing in part:

> (B) Filing of an immunity defense or jurisdictional defense motion stays the attorney conference and disclosure requirements and all discovery not related to the immunity issue pending the court's ruling on the motion issue, including any appeal.
>
> (C) At the time the immunity defense or jurisdictional defense motion is filed, the moving party must submit to the magistrate judge a proposed order granting the stay but permitting discovery relevant only to the defense raised in the motion.
>
> (D) The plaintiff must promptly notify the magistrate judge of a decision on the motion and must submit a proposed order lifting the stay. Within fourteen days of the order lifting the stay, the parties must confer in accordance with L.U. Civ. R. 26(c), and all other deadlines will be determined accordingly.

In the instant case, a motion for qualified immunity was filed by the defendant Henry Purnell on March 3, 2010; therefore all proceedings unrelated to the issue of qualified immunity shall be stayed pending the court's ruling on the motion.

IT IS, THEREFORE, ORDERED that all proceedings outside qualified immunity-related discovery and the briefing of the motion for qualified immunity are STAYED.

SO ORDERED, This the 18th day of May, 2010.

                                                                /s/David A. Sanders
                                                                 U.S. Magistrate Judge