# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF MISSISSIPPI
# GREENVILLE DIVISION

HENRY C. KINDS                                                   PLAINTIFF

V.                              CIVIL ACTION NO. 4:09CV93-M-S

CITY OF GREEWOOD et al.                              DEFENDANTS

## ORDER SUBSTITUTING PARTY DEFENDANT

This matter came before the court on plaintiff's motion to Substitute Real Parties in Interest (#17). This case was stayed based upon a qualified immunity challenge on May 18, 2010, therefore the court cannot grant plaintiff's motion at this time. Plaintiff's motion to substitute parties is DENIED without prejudice.

IT IS THEREFORE ORDERED:

- That plaintiff's motion is hereby DENIED without prejudice, and
- That plaintiff may re-file this motion once the stay is lifted.

SO ORDERED, this the 26th day of May, 2010.

                                                           /s/David A. Sanders
                                                           UNITED STATES MAGISTRATE JUDGE